IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10934
Summary Calendar
_____

RONALD REGAN HARRISON,

                                    Plaintiff-Appellant,

versus

DAVID WILLIAMS, Tarrant County Sheriff, Et Al.,

                                    Defendants,

DR. EDGEWORTH, Tarrant County Health District,

                                    Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-49-E
- - - - - - - - - - -
June 11, 1998
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Ronald Regan Harrison, Texas prisoner # 571382, appeals the
district court's grant of summary judgment in favor of Dr. David
Edgeworth and the dismissal of his claims as frivolous against the
other defendants.  Harrison argues that Dr. Edgeworth acted with
deliberate indifference to Harrison's serious medical needs and

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that defendants David Williams and Mae Pasquet should be held responsible respectively for their supervision of the Tarrant County Jail's medical department and of those individuals who subcontract with the Tarrant County Jail to handle medical problems.

Our review of the record reveals that there is no genuine issue of material fact demonstrating that Dr. Edgeworth knew of a substantial risk of serious medical harm and failed to take reasonable measures to abate it.  See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); see also Hare v. City of Corinth, Miss., 74 F.3d 633, 648-49 (5th Cir. 1996)(en banc).  Furthermore, the district court did not abuse its discretion in dismissing Harrison's claims against Pasquet and Williams, who were sued in their supervisory roles.  See Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997); see also Thompkins v. Belt, 828 F.2d 298, 303-04 (5th Cir. 1987).

AFFIRMED.